UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HAAS,<br><br>               Petitioner,<br><br>        v.<br><br>NEIL MCDOWELL, Warden,<br><br>               Respondent. | Case No. CV 17-8623-CAS (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) claim three of the Petition for a Writ of Habeas Corpus is dismissed; and (2) Respondent's Motion to Dismiss is denied.

Dated: October 2, 2018

                                        HONORABLE CHRISTINA A. SNYDER
                                        United States District Judge